**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

PATRICIA KENNEDY, Individually,

       Plaintiff,　　　　　　　　　Case No.: 6:17-cv-00595-GAP-DCI

v.

ALL-SUITE MOTEL, LLC, a Florida limited
liability company,

       Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION**

Plaintiff and Defendant respectfully move for the entry of an Order granting parties additional time to conduct a mediation in this matter, and in support thereof state as follows:

1. Parties have conducted numerous settlement discussions in an effort to resolve this matter.

2. During settlement negotiations, parties determined that it would be advantageous to retain experts to conduct a detailed inspection of the property and generate reports of the ADA violations found.

3. Based on the parties and their respective expert's availability, the property inspection was completed at the end of July 2017. Currently, Defendant is waiting its expert report detailing the ADA violations found, remediation recommendations, and the estimated costs associated with to bring the premises into ADA compliance.

4. Defendant expert has been further delayed in providing the report due to personal issues and out-of-state commitments.

5. The expert reports are critical in assisting the parties reach a resolution in this matter.

6. Further, parties have and continue to engage in settlement negations, but their efforts have been hampered due to the lack of Defendant's expert report.

7. Further, parties anticipate additional delays due to the impending landfall of Hurricane Irma.

8. Parties respectfully request an additional one (1) month extension of time to complete mediation.

9. The requested extension of time is minimal and will not prejudice any party. Good cause exists for the requested enlargement of time and the request is not made for purposes of delay or any other dilatory reasons.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant the requested enlargement of time to conduct the mediation and order mediation to be completed by October 9, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 7th day of September, 2017.

Respectfully submitted,

Attorney for Defendant:

Diego Handel, Esquire
149 South Ridgewood Avenue
Suite 220, Box N
Daytona Beach, FL 32114
Fla. Bar No. 384429
Phone: 386-252-4493
Fax: 386-248-2237
dhandel@bellsouth.net

Attorneys for Plaintiff:

Aaron Finesilver, Of Counsel
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33132
Telephone: (786) 817-3387
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022

By: /s/ Aaron Finesilver

                         AARON FINESILVER, ESQ.

Thomas B. Bacon, P.A.  
644 North Mc Donald St.  
Mt. Dora, FL 32757  
ph. (954) 478-7811  
tbb@thomasbaconlaw.com  
Florida Bar. Id. No. 139262